# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

**Debtor:** LILY GROUP, INC.
**Case Number:** 13-81073-FJO-11    **Chapter:** 11
**Date / Time / Room:** MONDAY, SEPTEMBER 30, 2013 09:30 AM    IP 329
**Bankruptcy Judge:** FRANK J. OTTE
**Courtroom Clerk:** CATHY FORD
**Reporter / ECR:** TOMI HOLLYWOOD

### *Matter:*

Reset Hearing on Debtor's Motion for Authority to Obtain Credit Under 11 U.S.C. Sec. 364(b) with Objection filed by LC Energy Holdings, LLC. [11, 25]

**R / M #:** 0 / 0

### *Appearances:*

DAVID R. KREBS, ATTORNEY FOR LILY GROUP, INC.
JAY KENNEDY, ATTORNEY FOR LC ENERGY HOLDINGS LLC
CHUCK WHARTON, ATTORNEY FOR UNITED STATES TRUSTEE

### *Proceedings:*

DISPOSITION: Hearing held.  Matter reset for 10/2/13 at 9:30 AM.  Notice given in Court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**