# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| Debtor: | LILY GROUP, INC. |
| Case Number: | 13-81073-FJO-11    Chapter: 11 |
| Date / Time / Room: | WEDNESDAY, OCTOBER 02, 2013 09:30 AM   IP 329 |
| Bankruptcy Judge: | FRANK J. OTTE |
| Courtroom Clerk: | CATHY FORD |
| Reporter / ECR: | CATHY FORD |

### Matter:

Telephonic Continued Hearing on Debtor's Motion for Authority to Obtain Credit Under 11 U.S.C. Sec. 364(b) with Objection filed by LC Energy Holdings, LLC. [11, 25]

R / M #:   0 / 0

### Appearances:

DAVID R. KREBS, ATTORNEY FOR LILY GROUP, INC.
JAY KENNEDY, ATTORNEY FOR LC ENERGY HOLDINGS LLC
GARY LEIBOWITZ, ATTORNEY FOR REICH BROTHERS, LLC

### Proceedings:

Disposition: Hearing held;  Interim order to be submitted.  Final hearing set for 10/15/13 at 10:30 a.m. in Room 329.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**