Case 13-81073-FJO-11　　Doc 55　　Filed 10/29/13　　EOD 10/29/13 17:13:00　　Pg 1 of 1

**SO ORDERED: October 29, 2013.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LILY GROUP, INC. | ) | Case No. 13-81073-FJO-11 |
| | ) | |
| Debtor. | ) | Hon. Frank J. Otte |

**ORDER EXTENDING
ORDER (A) AUTHORIZING DEBTOR TO UTILIZE CASH COLLATERAL ON AN INTERIM BASIS; (B) AUTHORING DEBTOR TO ENTER INTO DEBTOR-IN-POSSESSION FINANCING AGREEMENT; AND (C) PROVIDING ADEQUATE PROTECTION TO OTHER SECURED CREDITORS**

On October 2, 2013, this Court issued its *Order (A) Authorizing Debtor to Utilize Cash Collateral on an Interim Basis; (B) Authorizing Debtor to Enter into Debtor-in-Possession Financing Agreement; and (C) Providing Adequate Protection to Other Secured Creditors* (the "Cash Use Order") [Doc. 34] which provided for termination of cash use on October 15, 2013.  This Debtor's Motion came to be heard for final hearing on October 15, 2013.  By agreement in open court by the parties, the hearing was continued to October 24, 2013.  Accordingly, the Court hereby orders that the Cash Use Order be, and hereby is, extended to October 24, 2013, and the final hearing thereon be reset for October 24, 2013 at 9:30 a.m.

# # #