UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In re:                                          )
                                                )
Lily Group Inc.,                                )          Case No.   13-81073 FJO-11
                                                )
              Debtor.                           )

### OBJECTION TO MOTION TO ESTABLISH BIDDING PROCEDURES

Comes now Nancy J. Gargula, United States Trustee, by Charles R. Wharton, Trial Attorney, and objects to the Motion to Establish Bidding Procedures filed by Lily Group, Inc.

1. This case was filed September 23, 2013.

2. On November 1, 2013 the United States Trustee held the meeting of creditors pursuant to 11 U.S.C. §341 even though the Schedules and Statement of Financial Affairs had been not been filed until the day prior to the meeting.

3. Due to inaccuracies and significant amount of missing information in the Schedules and Statement of Financial Affairs that became apparent at the creditors' meeting, the United States Trustee continued that meeting to allow time for amendment and supplementation.

4. The meeting was reconvened on December 9, 2013.

5. Despite the prior representations by the debtor's Chief Executive Officer and counsel that amendments would be filed, no amendments and or supplemental information were filed nor were any provided at the continued meeting.

6. On December 6, 2013, the above Motion to Establish Bidding Procedures was filed.

7. The Motion seeks to establish bidding procedures for a sale of all of the Debtor's assets.

8. 11 U.S.C. §363, Rule 6004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule B-6004-1 all contemplate that the parties can evaluate a proposed sale and the procedures therefore based upon sufficient, verifiable factual information to allow proper review.

9. Without accurate Schedules and an accurate Statement of Financial Affairs and without specific information regarding exactly what is being sold, any attempt to establish bidding procedures or conduct a sale is premature and inappropriate.

WHEREFORE, the United States Trustee objects to the Motion to Establish Bidding Procedures and requests such other relief as is just and proper.

> Respectfully Submitted,
>
> Nancy J. Gargula
> UNITED STATES TRUSTEE
>
> By:  /s/ Charles R. Wharton
> Charles R. Wharton
> Office of the United States Trustee
> 101 W. Ohio Street, Suite 1000
> Indianapolis, IN 46204
> Tel. (317) 226-5709
> Fax (317) 226-6356
> Charles.R.Wharton@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 11, 2013 a copy of the foregoing OBJECTION TO MOTION TO ESTABLISH BIDDING PROCEDURES was filed electronically. Notice of this filing will be sent to the following parties through the Courts Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| Stephen Kirk Andrews | - | bankruptcy@bbanda.com |
| Michael K. McCrory | - | mmccrory@btlaw.com |
| Jonathan David Sundheimer | - | jsundheimer@btlaw.com |
| Mark R. Owens | - | mowens@btlaw.com |
| Robert Francis Hunt | - | hunt@huntlawfirm.net |
| Jay P. Kennedy | - | jpk@kgrlaw.com |
| James A. Knauer | - | jak@kgrlaw.com |
| Kay Dee Baird | - | kbaird@kdlegal.com |
| C Daniel Motsinger | - | cmotsinger@kdlegal.com |
| Courtney Elaine Chilcote | - | cchilcote@thbklaw.com |
| David R. Krebs | - | dkrebs@thbklaw.com |
| Chad J. Sullivan | - | cjsullivan@jacksonkelly.com |
| Robert H. Scott | - | robert.scott@akerman.com |
| Gary H Leibowitz | - | gleibowitz@coleschotz.com |
| Dustin R. DeNeal | - | dustin.deneal@faegrebd.com |
| Terry E. Hall | - | terry.hall@faegrebd.com |

    I further certify that on December 11, 2013, a copy of the foregoing OBJECTION TO MOTION TO ESTABLISH BIDDING PROCEDURES was sent electronically or mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | | |
|---|---|---|
| Jeffery A. Hokanson | - | jhokanson@fbtlaw.com |
| Jeremy M. Dunn | - | jdunn@fbtlaw.com |

                                                      /s/ Charles R. Wharton
                                                      Charles R. Wharton
                                                      Trial Attorney
                                                      Office of the United States Trustee
                                                      101 W. Ohio Street, Suite 1000
                                                      Indianapolis, Indiana 46204
                                                      Phone: (317) 226-6101
                                                      Fax:    (317) 226-6356
                                                      E-mail: Charles.R.Wharton@usdoj.gov