B6H (Official Form 6H) (12/07)

In re  Lily Group, Inc.
                                   Debtor

Case No.  13-81073-FJO

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Smith<br>2863 E. State Road 54<br>Sullivan, IN 47882 | M & M Pump & Supply, Inc.<br>P.O. Box 87618<br>Chicago, IL 60680-0618 |
| Paul Richard Risinger<br>2017 S. County Road 50 W<br>Sullivan, IN 47882 | Ally<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 |
| Paul Richard Risinger<br>2017 S. County Road 50 W<br>Sullivan, IN 47882 | Chase<br>P.O. Box 901079<br>Fort Worth, TX 76101-2079 |
| Paul Richard Risinger<br>2017 S. County Road 50 W<br>Sullivan, IN 47882 | Alisa Risinger<br>2017 South 50 West<br>Sullivan, IN 47882 |
| Paul Richard Risinger<br>2017 S. County Road 50 W<br>Sullivan, IN 47882 | Rockwood Casualty<br>654 Main Street<br>Rockwood, PA 15557 |
| Paul Richard Risinger<br>2017 S. County Road 50 W<br>Sullivan, IN 47882 | Ceres Solutions, LLP<br>P.O. Box 432<br>Crawfordsville, IN 47933 |
| VHGI Coal, LLC<br>103 N. Court Street<br>Sullivan, IN 47882 | KREG Equities, Ltd.<br>777 Main Street, Suite 3100<br>Fort Worth, TX 76101 |

0
_____ continuation sheets attached to Schedule of Codebtors