**SO ORDERED: December 26, 2013.**



_____

**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LILY GROUP, INC., | ) | CASE NO. 13-81073-FJO-11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO ESTABLISH BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL THE ASSETS OF LILY GROUP, INC. AND ESTABLISHING AUCTION AND HEARING DATES

This cause comes before the Court on the _Motion To Establish Bidding Procedures For The Sale of Substantially All The Assets of Lily Group, Inc. and Establishing Auction and Hearing Dates_ [Docket 99] (the "Bid Procedures Motion") filed by Lily Group, Inc., as debtor and debtor-in-possession (the "Debtor"). By way of the Bid Procedures Motion, the Debtor seeks approval of certain bidding procedures to be used in connection with the sale of substantially all the Debtor's

assets to the highest and best bidder. The Debtor also seeks to establish a bid deadline, establish an auction date, and schedule a hearing on the *Debtor's Motion Pursuant to 11 U.S.C §§ 363 and 365 for (A) Authority to Sell Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, with Valid Liens to Attach to Proceeds of Sale, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket 103] (the "Sale Motion").

Certain objections to the Bid Procedures Motion were filed: (1) *Objection to Motion to Establish Bidding Procedures* [Docket 106] filed by U.S. Trustee on December 11, 2013; (2) *Amended Prospective Bidder's Joinder in Objection to Motion to Establish Bidding Procedures* [Docket 111] filed by Third Set Advisor on December 12, 2013; (3) *Leasor's Joinder in Objection to Motion to Establish Bidding Procedures* [Docket 123] filed on December 17, 2013; and (4) *Limited Objection to Motion to Establish Bidding Procedures* [Docket 124] filed by P. Richard Risinger, Alisa Risinger and Lily Group Holdings Company on December 17, 2013 (collectively, the "Bid Procedures Objections").

This Bid Procedures Motion, along with the Bid Procedures Objections, came before the Court for hearing on December 18, 2013 (the "Bid Procedures Hearing").

At the Bid Procedures Hearing, counsel for the Debtor proposed changes to certain terms contained in the Bid Procedures Motion, specifically to the amount and timing of a bid deposit, the date by which written bids must be submitted, and

certain conditions applicable to the selection of a winning bid. No party at the Bid Procedures Hearing objected to the changes as proposed.

The Court, having considered (a) the Bid Procedures Motion, the proposed modifications made at the Bid Procedures Hearing, and the declarations in support, (b) the Bid Procedures Objections, and (c) being duly advised of the premises, finds that good cause exists for granting the Bid Procedures Motion as specifically set forth below.

IT IS THEREFORE ORDERED that the Bid Procedures Motion hereby is and shall be granted; any objection not addressed below is overruled. Accordingly, for an interested party to bid on substantially all the assets of the Debtor (the "Sale Assets", and set forth on the attached Exhibit A), it must comply with the procedures set forth herein (the "Bid Procedures"):

### *Bid Procedures*

1.    In order to participate in the bid process, a potential bidder (a "Potential Bidder") must deliver to Debtor an executed confidentiality agreement in a form acceptable to Debtor (a "Confidentiality Agreement"). A "Qualified Bidder" is a Potential Bidder that has duly submitted a Confidentiality Agreement and provided reasonable Evidence of Ability to Close (as defined below). Only Qualified Bidders shall be permitted to conduct reasonable due diligence with respect to the Sale Assets during the period prior to the Bid Deadline. LC Energy Holdings LLC, as assignee of Platinum Partners Credit Opportunities Master Fund LP ("Platinum" or "DIP Lender") shall be deemed to be a Qualified Bidder, and any bids (including

3

credit bids) made by Platinum at the Auction shall be deemed to be Qualified Bids. Each Qualified Bidder shall be entitled to request due diligence from Debtor upon execution of a Confidentiality Agreement.

2.    Potential bidders must provide written evidence that the Debtor, Platinum, and the Unsecured Creditors' Committee (the "Committee") may reasonably conclude demonstrates that the potential bidder has the necessary financial ability to close and provide adequate assurance of future performance under all contracts to be assumed and assigned (such evidence, "Evidence of Ability to Close"). Evidence of Ability to Close must include, *inter alia,* the following: (i) contact names and numbers for verification of financing sources, (ii) written evidence of potential bidder's internal resources and proof of any debt funding commitments, and if applicable, equity commitments in an aggregate amount equal to the cash portion of such bid or the posting of an irrevocable letter of credit from a recognized banking institution issued in favor of the Debtor in the amount of the cash portion of such bid, in each case, as are needed to close, (iii) the potential bidder's current financial statements (audited if they exist) or other similar financial information reasonably acceptable to the Debtor, Platinum and the Committee, (iv) a description of the potential bidder's pro forma capital structure; and (v) any such other form of financial disclosure or credit-quality support information or enhancement reasonably acceptable to the Debtor, Platinum and Committee demonstrating that such bidder has the ability to close.

4

3.     In order for a Qualified Bidder to be permitted to participate in the Auction, such bidder will be required to deliver certain bid documents (the "Qualified Bid Documents") to respective counsel for the Debtor, Platinum and the Committee by the Bid Deadline.  The Qualified Bid Documents shall include an executed clean copy of a definitive purchase agreement (and related exhibits and completed schedules thereto) (each such agreement (together with such exhibits and schedules) from a Qualified Bidder, a "Qualified PA"). If the Qualified Bidder is an entity formed for the purpose of purchasing the Sale Assets, the Qualified PA must contain a commitment, acceptable to Debtor, in its business judgment, of the equity holder(s) of the Qualified Bidder to be responsible for the Qualified Bidder's obligations in connection with the purchase of Sale Assets and contain terms (including the amount of cash consideration and provisions relating to assumption of secured lender debt, if applicable to the bid) or other documentation evidencing such Qualified Bidder's ability to close on the transactions contemplate hereby.

4.     In addition, in order for a bid submitted by a Qualified Bidder to be considered a Qualified Bid, it must satisfy the following requirements (collectively, the "Qualified Bid Requirements"):

a.     Such Qualified Bidder must fully disclose the identity of each individual or entity that will be bidding or otherwise participating in connection with such bid and the complete terms of any such participation.  This requirement includes full disclosure of the involvement of any insider of the Debtor or its parent or affiliates in the Qualified Bid, including any consideration given or expected related to the Qualified Bid of the purchase of the Sale Assets.

b.     Such Qualified Bidder must acknowledge that: (i) it had an opportunity to conduct any and all due diligence regarding the Proposed Sale Assets prior to submitting such bid; (ii) it has relied

solely upon its own independent review, investigation and/or inspection of any documents and/or the Sale Assets in making such bid; (iii) except for the representations and warranties contained in its Qualified PA, it did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Sale Assets, or the completeness of any information provided in connection therewith or the Auction; and (iv) its bid is not contingent upon completing due diligence or financing.

c.      Such Qualified Bidder must provide written evidence acceptable to Debtor and Platinum in consultation with the Committee, in their business judgment, of such Qualified Bidder's financial ability to (i) consummate the transactions contemplated by its Qualified PA (including, without limitation, any debt or equity financing commitment) and (ii) provide adequate assurance of future performance with respect to any executory contracts or unexpired leases it is seeking to have assumed and assigned to it under its Qualified PA.

d.      If the Qualified Bid includes any reductions for assumption of liabilities or any other payments, the Qualified Bid shall specifically set forth those reductions, or if unknown, the maximum amount of any such reduction. Any Qualified Bid that includes a royalty or other "earn-out" component shall specify the expected duration and total value of the royalty or other payment.

5.      A bid received from a Qualified Bidder that includes all of the Qualified Bid Documents and satisfies all of the Qualified Bid Requirements is a "Qualified Bid." Notwithstanding the foregoing, Debtor may, with Platinum and Committee consent, waive one or more of such bid requirements other than paragraph 4.a, in order to obtain the highest and best values. However, the Debtor may appropriately require that a Qualified Bidder seeking waiver of a bid requirement (for example: completion of due diligence or additional time to solidify financing), "purchase" such a waiver from the Debtor to the extent such waiver will result in additional delays and operating costs or expenses to the estate. Any funds

obtained by the Debtor in this regard shall be used only for operational expenses and shall not be subject to any claims, liens, security interests, or encumbrances.

6.      Debtor shall, with Platinum's consent and in consultation with the Committee, determine which of such Qualified Bids constitutes the highest and best offer (the "Auction Starting Bid"). For example, Debtor may determine in its business judgment, that a particular Qualified Bid that contains greater cash consideration at closing but a lower overall purchase price than an alternative Qualified Bid should constitute the Auction Starting Bid.

7.      In the event a Qualified Bidder is desirous of having its Qualified Bid constitute a stalking horse bid at Auction ("Proposed Stalking Horse Bid"), such Qualified Bidder must submit its Proposed Stalking Horse Bid to Debtor, Platinum and the Committee no later than **Friday December 27, 2013 at 5:00p.m. (ET) (the "Stalking Horse Bid Deadline").** Debtor may choose a Stalking Horse Bid prior to the Stalking Horse Bid Deadline.

8.      Any Proposed Stalking Horse Bid must be a Qualified Bid, and further, must clearly set forth any break up fee request and any other terms, procedures, and protections required by the Qualified Bidder who submits a Proposed Stalking Horse Bid.

9.      In the event a Qualified Bidder submits a Proposed Stalking Horse Bid that is acceptable to the Debtor, Platinum and the Committee, and the Debtor accepts such bid as the Stalking Horse Bid, the Debtor shall upon acceptance issue an amended notice to all creditors and parties in interest that a Stalking Horse Bid

has been accepted and disclose the Stalking Horse Bid's terms, procedures and protections, prior to the Auction.

10.    Debtor may reject any bid that, in its discretion (i) is inadequate or insufficient; (ii) does not conform to the requirements of applicable bankruptcy laws or these Bid Procedures; or (iii) is contrary to the best interests of Debtor, its estate and its creditors.

11.    **The deadline to submit bids is Monday January 13, 2014 at 3:00p.m. (ET) (the "Bid Deadline").**

12.    The Auction shall be conducted at the offices of Debtor's counsel, Tucker Hester Baker & Krebs, LLC, located at One Indiana Square, Suite 1600, Indianapolis, IN 46204 on **Tuesday, January 14, 2014 at 10:00 a.m. (ET) (the "Auction").** Only Qualified Bidders that submitted Qualified Bids on or before the Bid Deadline will be entitled to make subsequent Qualified Bids at the Auction.

13.    During the Auction, bidding will begin at the Purchase Price stated in the Auction Starting Bid (unless a Stalking Horse Bid is accepted and noticed, under which case the Stalking Horse Bid terms and procedures would control and the Auction Starting Bid would include the value of any break-up fee) and the first bid thereafter shall be at least $100,000 higher than the Auction Starting Bid, as determined and announced at the start of the Auction by the Debtor. All subsequent bids will be made in increments of at least $100,000, as determined and announced at the start of the Auction by the Debtors. The Debtor shall review the bids and announce the highest and best bid as the "Successful Bid" and the next highest as

the "Runner-up Bid." The Debtor will file a notice with the Court identifying the Successful Bidder and Runner-up Bidder, if any, prior to the Sale Hearing as defined below, and seek authority from the Court to sell the Sale Assets to the Successful Bidder or to the Runner-Up Bidder in the event the Successful Bidder fails to close.

14.     The "Successful Bidder" shall remit to Debtor a good faith, deposit of $100,000 (the "Transaction Deposit") which shall be wired, in immediately available funds, to an escrow agent of Debtor's choosing pursuant to an escrow agreement reasonably acceptable to Debtor and the Successful Bidder. However, Platinum shall not be required to submit such a Transaction Deposit in the event of a credit bid. The Transaction Deposit shall not be subject to any claims, liens, security interests, or encumbrances, except as provided herein, and such funds shall be disbursed in accordance with these Bid Procedures.

15.     The Transaction Deposit shall be non-refundable upon entry of an Order approving the Successful Bidder as the buyer of the Sale Assets at the Sale Hearing. The Transaction Deposit of the Successful Bidder will be credited against the purchase price of the Sale Assets if the Successful Bidder closes the sale within the limits and parameters as agreed between the Successful Bidder, the Debtor, Platinum and the Committee.

16.     Notwithstanding any statement to the contrary in the Sale Motion, the Bid Procedures Motion or any Qualified PA, the Debtor shall not sell any "personally identifiable information," as that phrase is used in 11 U.S.C. §332.

9

17.    Not later than **December 31, 2013 (the "Assumption/Rejection Deadline")**, the Debtor shall provide notice to all counterparties to executory contracts and unexpired leases that may be assumed and assigned to the holders of a Successful Bid (the "Assumption and Cure Notice"). The Assumption and Cure Notice shall provide counterparties notice of the amount the Debtor believes must be cured upon assumption and assignment pursuant to Section 365 of the Bankruptcy Code and the procedures to object to the proposed cure. If no objection is filed, the proposed cure of any contract or lease assumed and assigned will be enforced against the counter-party. The Debtor may remove from assumption and assignment any contract or lease that is not purchased by the Successful Bidder at any time up to the later of (i) the closing date of the Sale Assets or (ii) ten days after the resolution of any dispute as to the cure amount or terms by written notice to the counterparty. Any such removal from assumption and assignment by written notice shall be deemed a rejection of the contract or lease unless a separate motion to assume and assign is filed by the Debtor prior to the delivery of the written notice.

18.    The form and manner of the Assumption and Cure Notice shall provide interested parties with timely, proper notice of (i) the title of the contract or lease to be assumed and assigned; (ii) the name of the counterparty to such contract or lease; (iii) any applicable cure amount; and (iv) the deadline by which the counterparty must object. No other notice is required.

19.    Except as otherwise agreed to by the parties to an assumed contract or lease, the Buyer shall pay the cure amounts in cash. In the event of a dispute

regarding the cure amount for an assumed contract or lease, the Buyer shall make any required payments as soon as practicable after entry of a final order resolving the dispute.

20.     Notwithstanding anything to the contrary in this Order, nothing in this Order shall affect the rights of Indianapolis Power & Light Company ("IPL") to object to the assumption or assumption and assignment of that certain Coal Supply Agreement (as amended, the "IPL Agreement") between the Debtor and IPL on any grounds whatsoever under applicable bankruptcy or non-bankruptcy law including, but not limited to, the cure of any default(s) under the IPL Agreement, adequate assurance of future performance, and/or the ability of any assignee to perform under the IPL Agreement, and all such rights are reserved and preserved.

22.     Any objection to the Sale Motion must be filed on or before the close of business on January 10, 2014, either electronically at the United States Bankruptcy Court's website at http://www.insb.uscourts.gov or in writing with the United States Bankruptcy Clerk, Kevin P. Dempsey, United States Bankruptcy Court Southern District of Indiana, Room 116, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204, with a copy to counsel to the Debtor (Tucker Hester Baker & Krebs, LLC, Attn: David R. Krebs or Courtney E. Chilcote, One Indiana Square, Suite 1600, Indianapolis, IN 46204); counsel to Platinum (Kroger Gardis Regas, Attn: James Knauer or Jay P. Kennedy, 111 Monument Circle, Suite #900, Indianapolis, IN 46204); counsel to the Committee, (Faegre Baker Daniels, LLP, Attn: Terry E. Hall, 300 North Meridian

11

Street, Suite 2700, Indianapolis, Indiana  46204); counsel to the United States Trustee (Office of the United States Trustee, Attn: Charles R. Wharton, 101 East Ohio Street, Indianapolis, IN 46204); and counsel for Rick Risinger, Alisa Risinger and Lily Group Holdings (Krieg DeVault LLP, Attn: C. Daniel Motsinger, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204).

23.    The Court will conduct a hearing on the Sale Motion and any objections thereto on **January 15, 2014 at 9:30 a.m. in Room 329**, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.

# # #

## EXHIBIT A

The assets proposed to be sold under the Sale Motion and subject to this Bid Procedures Order consist of all assets owned by the Debtor, as listed in its Amended Schedules filed with the Court on December 17, 2013. Such Amended Schedules include, but are not limited to, an accurate listing of all accounts, personal property, equipment/machinery, vehicles, contract rights, permits, and real estate owned by Debtor or to which the Debtor holds a valid interest. Accordingly, Debtor has included the relevant file marked pages from the Amended Schedules to demonstrate "substantially all assets" comprising the Sale Assets which are the subject of the Sale Motion and this Bid Procedures Order.

B6A (Official Form 6A) (12/07)

In re      Lily Group, Inc.                                                      Case No.     13-81073-FJO
_____
                            Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Commercial Real Estate - 20 acres located in NW corner of Greene County Road 1500 West and 700 North (surface land) and also including appx 1,346.92 acres of coal reserves (underground interest only) bound by CR900N, CR500N, CR1600W (Sullivan/Greene County line) and CR1350W (value listed is pursuant to 2/2011 appraisal by Charles R. Mills, Jr., MAI, SRA, ASA) | Fee simple | - | 2,200,000.00 | Unknown |

|  | Sub-Total > | 2,200,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 2,200,000.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Lily Group, Inc.                                                    Case No.    13-81073-FJO
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (ending in 4838) at Bank of America | - | 10,920.32 |
| | | | Checking Account (ending in 1516) at First Financial Bank (account was overdrawn on date of bankruptcy filing) | - | 0.00 |
| | | | Checking Account (ending in 9867) at PNC Bank | - | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit - Farazad (investment banking service) | - | 68,500.00 |
| | | | Deposit with Duke Energy | - | 23,395.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          102,915.32
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Lily Group, Inc.                                                          Case No.    13-81073-FJO
                                      Debtor

## SCHEDULE B – PERSONAL PROPERTY – AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles (see Attachment A for more detailed Information concerning vehicles) | - | 20,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture | - | 357.50 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Mine Machinery and Equipment (includes all equipment used to operate the mine) (value as of petition date was unknown) (see Attachment B for more detailed Information concerning mine machinery and equipment) | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >             20,857.50
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Lily Group, Inc.                                                   Case No.    13-81073-FJO
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Option - Western Pochahontas (coal lease) (this may may expired) | - | Unknown |
| | | Mine Permits  (see Attachment C for more detailed information concerning mine permits) | - | Unknown |
| | | Domain Name and Website | - | Unknown |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 352,682.34 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

# Lily Group, Inc.

## VEHICLES

| | Vehicle | Estimated Value as of Petition Date |
|---|---|---|
| 1. | 1985 IHC F9370 Tandem Dump Truck | $5,000.00 |
| 2. | 1979 IHC 1854 Mechanics Truck | $2,500.00 |
| 3. | 1983 Chevrolet C30 Weld Truck | $4,000.00 |
| 4. | 1990 Dodge Ram 250 Utility Truck | $2,000.00 |
| 5. | ???? Suzuki 4x4 Off Road Utility Truck | $2,000.00 |
| 6. | 1984 Ford F350 4x4 Flatbed Truck | (scrapped)    $0.00 |
| 7. | 1983 GMC 2500 4x4 Pickup | (scrapped)    $0.00 |
| 8. | ~~2011 Chevrolet Silverado Pickup Truck~~ | $0.00[1] |
| 9. | 6 Shuttle Cars (scrap value) | $5,000.00 |
| | TOTAL | $20,500.00 |

[1] This vehicle is financed through ALLY – undetermined as to any equity in this vehicle.

B6G (Official Form 6G) (12/07)

In re    Lily Group, Inc.                                                                      Case No.    13-81073-FJO
                                                              Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| Alisa Risinger<br>2017 S. County Road 50 W<br>Sullivan, IN 47882 | Lease of Commercial Real Estate (appx. 21 acres +/-)<br>Debtor is Lessee |
| Cory A. Smith<br>221 E. Washington Street<br>Sullivan, IN 47882 | Employment Contract<br>Debtor is Employer |
| David Smith<br>2863 E. State Road 54<br>Sullivan, IN 47882 | Employment Contract<br>Debtor is Employer |
| Dennis Jackson<br>1008 E. County Road 250 N<br>Sullivan, IN 47882 | Employment Contract<br>Debtor is Employer |
| Indiana Dept. of Natural Resources<br>Division of Land Acquisition<br>402 W. Washington Street, Room W256<br>Indianapolis, IN 46204 | Lease of real estate for the purpose of conducting mining operations<br>Debtor is Lessee |
| Indiana Rail Road Company<br>101 W. Ohio Street, Suite 1600<br>Indianapolis, IN 46204 | Coal Lease<br>Debtor is Lessee |
| Indianapolis Power & Light Company<br>c/o Mark R. Owens, Esq.<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | Coal Supply Agreement<br>Debtor is Seller |
| James Ron Hutchcraft<br>947 E. Ruth Street<br>Sullivan, IN 47882 | Employment Contract<br>Debtor is Employer |

Sheet 1 of 2 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07) - cont.

In re   Lily Group, Inc.
_____
                Debtor(s)

Case No.   13-81073-FJO
_____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Morgantown Machine & Hydraulics of Utah<br>610 Industrial Road<br>Helper, UT 84526 | Equipment Lease<br>Debtor is Lessee<br>(Equipment was returned to Lessor post-petition) |
| Ronald Pickering<br>8734 N. Lake Road<br>Jasonville, IN 47438 | Employment Contract<br>Debtor is Employer |
| Western Pocahontas Properties L.P.<br>5260 Irwin Road<br>Huntington, WV 25705-3247 | Coal Mining Lease<br>Debtor is Lessee |

Additional executory contracts and unexpired lease interests may be asserted by Lily Group Holdings Company. However, at the time this amendment is filed, Lily Group, Inc. asserts ownership interests in all assets as specifically set forth in Schedule B and relative attachments

Sheet 2 of 2 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 13-81073-FJO-11    Doc 132    Filed 12/26/13    EOD 12/26/13 12:42:29    Pg 21 of 28

* Certain assets listed on this Attachment to Schedule B may be subject to claims of ownership or other interests by Lily Group Holdings Company ("LGHC"), P. Richard Risinger, or some other entity. However, the Debtor cannot, at the time the amended schedules are filed, confirm any interest other than the Debtor's in these assets.

Description of Assets:

Long Airdox 48" Belt Drive 150 hp/480 volt

Long Airdox Belt Take Up

Long Airdox 300' Belt Structure 48"Belt 48" Tail Piece

Pontoon Overland Conveyor Sections 600'x54"

Kammco Channel Overland Conveyor 600'x48" bridge truss A-Legs

Continental Drive 200hp 54" Remote Head

Pond River Truss Radial Stacker 36"x120', 30hp electric motor,hydraulic travel

Reclaim Tunnel 42"x120' Beltline 20hp electric motor

4"x6'x12'Grizzley

Star Channel Conveyor 42"x120', 20hp electric motor

Gunlock 4-roll 56DA Crusher, Rebuilt in 2011

Star Channel to Truss, 36"x300' A-Leg construction, gravity take up, 50hp electric motor

2011 Yovel, 175 TPH Modular Heavy Media Wash Plant

Pond River 36"x120' Truss Conveyor w wallway, 20hp manual raise and tram

Reclaim tunnel 36"x120' Truss Conveyor, 20 hp electri motor

36"x300' Channel Conveyor, 30 hp, vibrating belt feeder, screw take up

36"x1200' Channel Conveyor, 42" Drive, 200 hp hydraulic take up, power pack

36"x300' Channel Conveyor, 50 hp, gravity take up

200 Ton Loadout Hopper, AR Plate Lined, Support Tower, Belt Scale

Hendrix Electric Control Center, Cutler Hammer Series2100 Motor Control Center, 8x40 Structure

2500 kva Transformer

560 kva Transformer

Indiana Rail, 5000' twin track, (3) Switch Rail Siding

Joy 14CM09-10BX Continuous Miner, SN JM4280 38" Cutter Head

2000 "Fletcher Roof Ranger ii 13-BCF Roof Bolter, SN 900977/99338 Minimum Mine Height 52"

Long Airdox RB2-88A Roof Bolter SN 22022, 480 v motor Double Boom

Fairchild 35C 3-Yd Scoop, SN T339-131, 850A, Battery

Joy 21SC03-56AASF 4x4 Shuttle Car, SN ET14880, 25hp Tram Motor. A400 Saminco Panel, Elec DC Chopper Drive 56"

Joy 21SC 4x4 Shuttle Car, SN ET1120.

Joy 21SC03-56AA 4x4 Shuttle Car, SN ET10956

2009 Wallace 14 Passenger Mantrip, diesel engine

(2) 5x8 Safety Slides

Stamler 17B-36-7C Crawler Hydraulic Breaker Feeder SN 13166, 15hp Electric Motor, 36" Belt

Intermountain Elect High Voltage Switch Gear, SN 201302, 15kw

Gould Scoop Charger, Dual Head, 850 A

FMC M11220 Vooster Pump, SN 071301310, 15hp electric motor

2011 Intermountain Electronics U/G Transformer, SN 201708-1-1, 2500kva (4) 995 Cir, 600 Amp, (2) 100 A, (2) 225 A, 480 V

MCI 5-Circuit DC Rectifier, 480 volt AC, 300 volt DC

Ohio Brass 5-Circuit Distribution Box, 480 volt

Twin City Fan and Blower 600BAF-DW In-Take Fan, SN 05-202063-1-1, 75hp motor, 6' Fan 100,000cfm

Twin City Fan / Blower 660 BC-SW Mine Exhaust Fan, SN 11-453077-1-1, 75 hp motor, 60,000 cfm

Intermountain Electronics (High Voltage) Sub Station, SN F-961775 (4) Circuit, GE, KVA-5000/7000, 5 MVA Substation, Switch Gear, SN 200560-3-1, Input 34,500, (4) Circuit 12470

(38) Wheat Light Miners Lights, Charging Rack

Mine Safe Electronics Communicator iii U/G Communication System 12v Mine Page Telephone (12) Phones

Pad Mount Transformer, 2500 kva, 12470 to 480

Intake Fan House

2005 Cat ASP800 Standby Generator, Cat 3412 Diesel Engine, 725kw, 906kva, 480v. 3 Phase, Jeffrey Control Center, 2182amp, Tandem Trailer Mounted, Sound Suppressed

Bath House (12) Shower Heads, (2) Urinals, (2) Toilets, (2) Lavatories, (100) Lockers, (4) Room, (3) Hot Water Heaters

Topcon GPT-3005LW Pulse Total Station, SN 471306

Carlson 702GG/TK6000 Handset GPS, SN 96237, Antenna, Pole

1985 Cat D8L Crawler Tractor, SN 53Y03041, Cat 3408 Diesel Engine, 8SU Dozer, Tilt Cylinder, EROPS

1987 Dresser TG25G Crawler Tractor, SN4370007U02086, IHC Diesel Engine, Semi U Dozer, Tilt Cylinder, EROPS

1987 Cat D6H LGP Crawler Tractor, SN 1KD00402, Cat3306DI Diesel Engine, 6S Dozer, Tilt Cylinder, EROPS

1998 Bobcat 763 Skid Steer Loader SN 512235292, Auxiliary Hydraulics

1997 Sky Trak 10054 Extendable Boom Forklift, SN1590, John Deere Diesel Engine, 10,000# Capacity, 48" Forks

1980 IR DM20-SP Crawler Blasthole Drill, SN 80850, No Engine

2003 Vemeer BP7000 Straw Blower, SN 1VRV151F231001085, Diesel Engine

Miller Big Blue 300 Portable Welder, SN LJ040135E, Diesel Engine on 10' Single Axle Trailer

2005 IR Light Source Light Plant, SN 349131FH0789 Kubota Diesel Engine, 4 Light Tower

11.5' x 60' 4 Room Office Trailer

8'x32' 2 Room Office Trailer

16.5'x14' Security Office, AC

Cat 980G Front End Loader

Fabick XQ800 Generator

A.L. Lee 10-30 Person Rescue Chamber

Carroll Engineering METS Tracking System

(8-10) Miscellaneous Underground Water Pumps

Godwin Dry Prime CD300M Electric Pump w/soft start control panel

552SR-2004 GENIE S60 DSL 4X4 S/NS6004-10209

Underground 42"belt (3,000 feet)

U/G Belt Drive/Tailcap/Distribution Box etc. for unit one

Lily Group, Inc.

## PERMIT LIST

| Environmental Permits | Agency | Date Issued |
|---|---|---|
| IDNR Reclamation Permit S-363 | IDNR | Aug. 2, 2010 |
| NPDES Permit ING-040249 | IDEM | May 14, 2010 |
| SSOA Air Quality Permit 055-29149-00043 | IDEM | Apr. 26, 2010 |
| **Supplemental Permits** | **Agency** | **Date Issued** |
| NWP50-LRL-2010-438 | USACE | Feb. 18, 2011 |
| | | |
| **Additional Environmental Investigations** | **Agency** | **Date Performed** |
| Cumulative Hydrologic Impact Assessment | IDNR | June 26, 2010 |
| Phase 1 Environmental Site Assessment | USDA | March 18, 2010 |
| Phase 1a Cultural Resource Investigation | DHPA | August 2010 |
| Bat Emergence Survey | USFWS | Sept. 22, 2010 |
| National Environmental Policy Act Agency Reviews | USDA | May 6-25, 2010 |
| Wetland Delineations | USACE | Oct. 18, 2010 |
| **Safety Permits** | **Agency** | **Date Issued** |
| Ground Control Plan 12-02431 | MSHA | May 20, 2010 |
| Training Plan | MSHA | Nov. 8, 2010 |
| Smoking Prohibition Plan | MSHA | Aug. 9, 2011 |
| Ventilation Bottom Plan | MSHA | Nov. 4, 2011 |
| Roof Control Bottom Plan | MSHA | Dec. 21, 2011 |

**Lily Group, Inc.**
103 North Court Street
Sullivan, IN 47882
(812) 268-5459

## LANDREE MINE
## GENERAL PERMITS CATALOG

Below is a compiled list of Permits required to commence operation of the Landree Mine project. Unlisted are the permits that will be required as the mine progresses.

| Permit ID: | S#363 | EXHIBIT: | I |
|---|---|---|---|
| Agency: | IN Department of Natural Resources | Date Issued: | 08/02/2010 |
| Scope: | Surface Disturbance | Expiration Date: | 08/01/2015 |
| Contracting Firm: | Land Management Associates | Renewal: | Auto |
| Description: S#363 permit covers any potential environmental issues raised from the disturbance of surface lands by both surface and underground coal mining. Plan covers operational compliance with Surface Mine Control and Reclamation Act (SMCRA), minimization of effects, and mitigation practices. Covers Dept. of Historic Preservation & Archeology, Div. of Fish & Wildlife, Div. of Water, and Div. of Air Quality. Roughly a three-year process; auto-renews every 5 years on request. |||| 

| Permit ID: | LRL-2010-438 | EXHIBIT: | II |
|---|---|---|---|
| Agency: | U.S. Army Corp of Engineers | Date Issued: | 02/18/2011 |
| Scope: | Disturbance of U.S. Waters | Expiration Date: | Closing |
| Contracting Firm: | Land Management Associates | Renewal: | None |
| Description: Permit required for mitigation and protection of wetlands, water bodies, and navigable waters under Clean Water Act (CWA). Expires upon completion of surface restoration. Roughly a year long process. ||||

| Permit ID: | 12-02431 - Ground Control Plan | EXHIBIT: | III |
|---|---|---|---|
| Agency: | Mine Safety and Health Administration | Date Issued: | 05/20/2010 |
| Scope: | Labor - Health and Safety | Expiration Date: | Closing |
| Contracting Firm: | Self | Renewal: | None |
| Description: Plan dictates the methods and precautions taken in constructing the box-cut entry to the coal seam. ||||

| Permit ID: | 12-02431 - Ventilation Bottom Development Plan | EXHIBIT: | IV |
|---|---|---|---|
| Agency: | Mine Safety and Health Administration | Date Issued: | 11/04/2011 |
| Scope: | Labor - Health and Safety | Expiration Date: | Construction |
| Contracting Firm: | Self | Renewal: | None |
| Description: Plan dictates the process and requirements for fresh air delivered to underground working area during development of the entries. Two-month process. ||||

1

**Lily Group, Inc.**
103 North Court Street
Sullivan, IN 47882
(812) 268-5459

| Permit ID: | 12-02431 – Roof Control Bottom Development Plan | EXHIBIT: | V |
|---|---|---|---|
| Agency: | Mine Safety and Health Administration | Date Issued: | 11/04/2011 |
| Scope: | Labor - Health and Safety | Expiration Date: | Construction |
| Contracting Firm: | Self | Renewal: | None |
| Description: Plan dictates the methods and requirements for constructing the roof during the development of the mine entries. Two-month process. | | | |

| Permit ID: | 12-02431 – Training Plan | EXHIBIT: | VI |
|---|---|---|---|
| Agency: | Mine Safety and Health Administration | Date Issued: | 11/08/2010 |
| Scope: | Labor - Health and Safety | Expiration Date: | Construction |
| Contracting Firm: | Self | Renewal: | None |
| Description: Plan dictates the methods and requirements for training new employees of site-specific conditions before and during employment. Two-month process. | | | |

| Permit ID: | 12-02431 – Smoking Prohibition Plan | EXHIBIT: | VII |
|---|---|---|---|
| Agency: | Mine Safety and Health Administration | Date Issued: | 08/09/2011 |
| Scope: | Labor - Health and Safety | Expiration Date: | Construction |
| Contracting Firm: | Self | Renewal: | None |
| Description: Plan dictates the methods and requirements for preventing smoking related hazards. One-month process. | | | |

| Permit ID: | NPDES-ING040249 | EXHIBIT: | VIII |
|---|---|---|---|
| Agency: | IN Dept. of Environmental Management – Office of Water Quality | Date Issued: | 06/01/2010 |
| Scope: | Water Quality – Discharged from site | Expiration Date: | 05/31/2015 |
| Contracting Firm: | Self (Rosedale Labs conducts field sampling and reporting) | Renewal: | Renew 90 days prior |
| Description: Monitoring and reporting of water qualities at discharge points from Landree site. | | | |

| Permit ID: | SSOA-055-29149-00043 | EXHIBIT: | IX |
|---|---|---|---|
| Agency: | IN Dept. of Environmental Management – Office of Air Quality | Date Issued: | 04/26/2010 |
| Scope: | Air Quality – Discharged from site | Expiration Date: | 5 Million Tons |
| Contracting Firm: | Self | Renewal: | Renew |
| Description: Monitoring and reporting of air-borne particulates from Landree site. | | | |

2

**Lily Group, Inc.**
103 North Court Street
Sullivan, IN 47882
(812) 268-5459

| Permit ID: | Phase 1 - 10-5-1 DV#2010024-1 | EXHIBIT: | X |
|---|---|---|---|
| Agency: | IN Dept. of Historic Preservation & Archeology | Date Issued: | 09/07/2010 |
| Scope: | Historic Places and Archeology | Expiration Date: | None |
| Contracting Firm: | Jeff Myers, Professional Archeologist | Renewal: | None |
| Description: Review and field investigation of lands with potential likelihood for historic features. Nothing of significance reported. | | | |

| Permit ID: | Phase 1 Environmental Site Assessment | EXHIBIT: | XI |
|---|---|---|---|
| Agency: | SBA | Date Issued: | 03/18/2010 |
| Scope: | Site Environmental Investigation | Expiration Date: | None |
| Contracting Firm: | Patriot Engineering and Environmental | Renewal: | None |
| Description: Research and field investigation of site features and history for potential environmental hazards. | | | |

| Permit ID: | 2810201 | EXHIBIT: | XII |
|---|---|---|---|
| Agency: | IN Department of Health | Date Issued: | 08/08/2011 |
| Scope: | Health - Commercial | Expiration Date: | None |
| Contracting Firm: | Land Management Associates | Renewal: | None |
| Description: Commercial wastewater treatment system | | | |

3