UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case |
| | ) | |
| LILY GROUP, INC., | ) | Case No. 13-81073 FJO-11 |
| | ) | |
| Debtor. | ) | |

**LC ENERGY HOLDINGS LLC'S MOTION TO SHORTEN NOTICE AND TO SET AN EXPEDITED HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO LIMIT CREDIT BIDDING IN THE SALE OF DEBTOR'S ASSETS**

LC Energy Holdings LLC ("LC Energy"), by counsel, for its Motion to Shorten Notice and Set an Expedited Hearing on Motion of the Official Committee of Unsecured Creditors to Limit Credit Bidding in the Sale of Debtor's Assets ("Committee Credit Bid Motion"), states as follows:

1. The Creditors' Committee filed its Committee Credit Bid Motion on January 8, 2014 [Docket 153].

2. Pursuant to the Bid Procedures Order [Docket 132], entered in this case on December 26, 2013, and as recently amended by Amended Bid Procedures Order [Docket 168] entered on January 10, 2014, there are deadlines established related to submission of bids, auction date and a sale hearing date which are rapidly approaching. Specifically, any bids for the Debtor's assets are due on January 27, 2014, objections to the sale are due on January 28, 2014, and a sale hearing is scheduled on January 29, 2014.

3. In its Committee Credit Bid Motion, the Creditors' Committee seeks an order from this Court prohibiting LC Energy from credit bidding its secured claim upon its collateral pursuant to 11 U.S.C. § 363 (k).

4. LC Energy asserts that it is crucial that the Court make a determination of its ruling on the Committee Credit Bid Motion prior to the bid deadline set forth above so that LC Energy may protect its interest in its collateral in this proceeding.

5. For these reasons, LC Energy respectfully requests that the notice period on the Committee Credit Bid Motion be shortened to six (6) days, with a response to the Committee Credit Bid Motion being due on Monday, January 20, 2014, and any Reply being due on or before Tuesday January 21, 2014.

6. LC Energy further respectfully requests that the Court set an evidentiary hearing on the Committee Credit Bid Motion on Wednesday January 22, 2014 at 9:30 a.m.

WHEREFORE, LC Energy Holdings LLC, by counsel, respectfully requests that the Court enter an order:

a. Shortening the notice period on the Committee Credit Bid Motion **to five (5) days;**

b. Setting a <u>deadline to object or otherwise respond</u> to the Committee Credit Bid Motion for **Monday January 20, 2014 at 5:00 p.m., and any Reply being due on or before Tuesday January 21, 2014 at 5:00 p.m.**;

c. IN THE EVENT any timely objections or responses are filed, the Court will hear such matter on **Wednesday January 22, 2014 at 9:30 a.m.;** and

d. Granting any and all other relief just and proper in the premises.

2

KROGER, GARDIS & REGAS, LLP


By: /s/ Jay P. Kennedy
Jay P. Kennedy, Atty. No. 5477-49
Attorney for Creditor, LC Energy
Holdings, N.A.
111 Monument Circle, Suite 900
Indianapolis, IN  46204-5125
(317) 692-9000
(317) 264-6832 (fax)
jpk@kgrlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 13, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Courtney Elaine Chilcote
cchilcote@thbklaw.com, swatson@thbklaw.com;twilkerson@thbklaw.com

David R. Krebs
dkrebs@thbklaw.com, dadams@thbklaw.com

Terry E. Hall
Terry.Hall@FaegreBD.com

Mark R. Owens
mowens@btlaw.com, mark.owens@btlaw.com;bankruptcyindy@btlaw.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton
Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov


                                      By: /s/ Jay P. Kennedy
                                           Jay P. Kennedy, Atty. No. 5477-49
                                           111 Monument Circle, Suite 900
                                           Indianapolis, IN  46204-5125
                                           (317) 692-9000
                                           jpk@kgrlaw.com