UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LILY GROUP, INC., | ) | Case No. 13-81073-FJO-11 |
| | ) | |
| Debtor. | ) | |

**LIMITED RESPONSE TO MOTION TO LIMIT CREDIT BIDDING**

P. Richard Risinger ("PRR"), Alisa Risinger ("AR") and and Lily Group Holdings Company ("LGH"), creditors and interested parties herein, by counsel, hereby file this *Limited Response* (the "Limited Response") to the Official Committee of Unsecured Creditors' ("Committee") *Motion to Limit Credit Bidding in the Sale of Debtor's Assets* (Doc. 153) (the "Motion"), and in support state as follows:

1.  Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 23, 2013 (the "Petition Date") and continues to operate its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

2.  PRR is the former Chief Executive Officer of Debtor, having resigned all of his offices with the Debtor effective December 17, 2013.

3.  As noted in Debtor's *Schedule G* filed herein, AR leases approximately 21 acres to Debtor pursuant to a lease of commercial real estate (the "AR Lease"). As noted in the *Limited Objection to Motion to Establish Bidding Procedures* (Doc. 124) ("Limited Objection") filed herein by PRR, AR and LGH, PRR claims ownership of certain assets apparently also claimed by Debtor, namely the domain name for Debtor, "lilygroup.com", as well as the computer equipment and servers on which Debtor's electronic records are stored (collectively, the "PRR

Assets"), and Debtor's business administrative operations are conducted out of real estate owned by PRR. As also noted in the Limited Objection, LGH claims ownership of a certain "2000 Fletcher Roof Ranger ii 13-BCF- Roof Bolter, SN 90097-99338 Minimum Mine Height 52"" (the "Roof Bolter") which also is scheduled by Debtor in *Schedule B, Attachment B* of Debtor's *Amended Statement of Financial Affairs and Amended Schedules* (Doc. 121).

4. PRR, AR and LGH are filing this Limited Response for the sole and limited purpose of addressing certain statements made in the Motion with respect to PRR, AR and LGH, namely:

a. LGH claims ownership of the Roof Bolter for, *inter alia*, the reasons noted in the attached January 10, 2014 letter from Titan Equipment Sales, Inc., attached hereto as Exhibit A.

b. PRR, AR and LGH have been approached by various of the potential bidders for Debtor's assets to discuss those real and personal property assets owned by PRR, AR and LGH (as noted above and in the Limited Objection); PRR, AR and LGH have not initiated such third-party contacts. PRR, AR and LGH have the right to make any disposition of their own assets as they deem prudent and to protect their interests in such assets, and they have at all times been willing to speak with any and all parties which may have an interest in their assets.

c. Debtor, PRR, AR, VHGI Coal, LLC, and VHGI Holdings, Inc., are parties to a July 28, 2010 *Indemnity Agreement* (as amended) with Rockwood Casualty Insurance Company ("Rockwood"), under which Rockwood apparently is reserving its rights with respect to certain bonds Rockwood issued on behalf of Debtor with respect to Debtor's business operations. PRR and AR note in this regard that the Court's January

10, 2014 *Amended Order Granting Motion to Establish Bidding Procedures, etc.* (Doc. 168), states that "[a]ny Successful Bidder and ultimate purchaser of substantially all assets of the Debtor shall comply with the general requirements pertaining to the transfer, assignment or sale of the Debtor's permit to engage in surface coal mining and reclamation operations at the Landree mine in accordance with 312 lAC 25-4-132 et seq., including, without limitation, the posting of a performance bond or bonds in an amount at least equal to that of the Debtor's performance bonds and as approved by the State of Indiana, Department of Natural Resources [; t]he current performance bonds posted by the Debtor from Rockwood Casualty Insurance Company are not included in the sale of substantially all of the assets of the Debtor."

      d.    PRR has loaned or otherwise put personal assets at risk aggregating millions of dollars to or for the benefit of Debtor prior to the Petition Date.

WHEREFORE, PRR, AR and LGH simply note their Limited Response to the Motion, and ask for all other just and proper relief.

Dated: January 17, 2014         Respectfully submitted,

            /s/ C. Daniel Motsinger
            C. Daniel Motsinger, Atty. No. 10122-49
            Kay Dee Baird, Atty. No. 28821-73
            KRIEG DeVAULT LLP
            One Indiana Square, Suite 2800
            Indianapolis, IN 46204-2079
            Phone: 317/636-4341
            Fax: 317/636-1507
            cmotsinger@kdlegal.com

            *Attorneys for P. Richard Risinger, Alisa Risinger and Lily Group Holdings Company, creditors and interested parties*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties, among others, through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee, Ustpregion10.so.ecf@usdoj.gov
Charles R. Wharton, Charles.r.wharton@usdoj.gov
Courtney E. Chilcote, cchilcote@thbklaw.com
David R. Krebs, dkrebs@thbklaw.com
Robert F. Hunt, hunt@huntlawfirm.net
Jay P. Kennedy, jpk@kgrlaw.co0m
James A. Knauer, jak@kgrlaw.com
Gary H. Leibowitz, gleiborwitz@coleschotz.com
Michael K. McCrory, mmccrory@btlaw.com
Mark R. Owens, mowens@btlaw.com
Chad J. Sullivan, cjsullivan@jacksonkelly.com
Jonathan D. Sundheimer, jsundheimer@btlaw.com
Stephen K. Andrews, bankruptcy@bbanda.com
Nick J. Cirignano, ncirignano@zsws.com; cflester@zsws.com
Heather Crocket, heather.crockett@atg.in.gov, Stephanie.patrick@atg.in.gov; Maricel.skiles@atg.in.gov
Dustin R. DeNeal, dustin.deneal@faegrebd.com; sandy.engle@faegrebd.com; sarah.herendeen@faegrebd.com
Terry E. hall, terry.hall@faegrebd.com; Sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com
Jeffrey A. Hokanson, jhokanson@fbtlaw.com; tschneider@fbtlaw.com
Gary H. Leibowitz, gleibowitz@coleschotz.com; jdonaghy@coleschotz.com; pratkowiak@coleschotz.com
Dennis Ostrowski, loubknotices@mapother-atty.com
Robert H. Scott, Robert.scott@akerman.com

I further certify that on January 17, 2014, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

/s/ C. Daniel Motsinger
C. Daniel Motsinger

KD_5951832_2.docx