# EXHIBIT 1

# HEARTLAND PUMP

**Remit to:** Heartland Pump Rental and Sales, Inc.
P.O. Box 935152
Atlanta, GA 31193-5152
Phone: 856-467-3636

*Heartland Pump is now a wholly-owned subsidiary of Xylem Dewatering Solutions, Inc.*

## Invoice

**Sold by:** Branch 042
9745 Hedden Road
Evansville, IN 47725
Tel: 812-402-6124
Fax: 812-402-6139

**SOLD TO:**
Lily Group Inc
103 N Court St
Sullivan IN 47882-1214

**SHIP TO:**
Lily Group Inc
103 N Court St
Sullivan, IN 47882-1214

| Cust. No. | Invoice Date | Invoice No. |
|---|---|---|
| 00109685 | 01-20-2014 | 400373779 |

Page 1 of 2

| Customer PO | Ordered By | Contract Date | Rental Contract # | Sales Representative | Order Taken By | Payment Terms |
|---|---|---|---|---|---|---|
| # | Dave Smith | 09-30-2013 | 242000814 | Rodney Lydle | Rodney Lydle | COD |

| QTY | ITEM | DESCRIPTION | PER | D/W/M | RATE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  | **Rental 01/20/2014 Thru 02/16/2014** |  |  |  |  |
| 1 | D-62957 | Godwin CD150M 6" 4045D-T2 RGT 60G | 1 | M |  |  |
| 1 | D-62947 | Godwin CD150M 6" 4039D RGT 60G | 1 | M |  |  |
| 1 | B-2979 | Godwin HL6M 6" 150HP SB Chrome W/P | 1 | M |  |  |
| 1 | HSDS080050QDDR | 8" x 50' HD Layflat Hose W/QD | 1 | M |  |  |
| 1 | HSDS060100QDDR | 6" x 100' HD Layflat Hose W/QD | 1 | M |  |  |
| 7 | HSDS060050QDDR | 6" x 50' HD Layflat Hose W/QD | 1 | M |  |  |
| 9 | HSWS080010QDDR | 8" x 10' Black Water Suction Hose W/QD | 1 | M |  |  |
| 14 | HSWS060010QDSR | 6" x 10' Black Water Suction Hose W/QD | 1 | M |  |  |
| 1 | BN08090F1F001R | 8" 90 Degree Bend W/150#FL | 1 | M |  |  |
| 1 | BN06090F1F001R | 6" 90 Degree Bend W/150#FL | 1 | M |  |  |
| 1 | ACCESSORYR | Manifold w/2-8" & 1-12" | 1 | M |  |  |

ALL PAST DUE INVOICES ARE SUBJECT TO
1 1/2% PER MONTH SERVICE CHARGE

# HEARTLAND PUMP

**Remit to:** Heartland Pump Rental and Sales, Inc.
P.O. Box 935152
Atlanta, GA 31193-5152
Phone: 856-467-3636

*Heartland Pump is now a wholly-owned subsidiary of Xylem Dewatering Solutions, Inc.*

## Invoice
**Branch 042**
9745 Hedden Road
Evansville, IN 47725
Tel: 812-402-6124
Fax: 812-402-6139

**Sold by:**
SOLD TO:
Lily Group Inc
103 N Court St
Sullivan IN 47882-1214

SHIP TO:
Lily Group Inc
103 N Court St
Sullivan, IN 47882-1214

| Cust. No. | Invoice Date | Invoice No. |
|---|---|---|
| 00109685 | 01-20-2014 | 4003737779 |

Page 2 of 2

| Customer PO | Ordered By | Contract Date | Rental Contract # | Sales Representative | Order Taken By | Payment Terms |
|---|---|---|---|---|---|---|
| | Dave Smith | 09-30-2013 | 242000814 | Rodney Lydle | Rodney Lydle | COD |

| QTY | ITEM # | DESCRIPTION | PER | D/W/M | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | SCMS080NA000R | 8" Suction Screen | | | | |
| 1 | ACCESSORYR | 12" MQD x 10" 150" FL Adapter | 1 | M | | |
| 2 | ACCESSORYR | 8" Check Valve | 1 | M | | |
| 1 | ACCESSORYR | 8" Socket x Flange | 1 | M | | |
| 1 | ACCESSORYR | 8" x 6" Flange Reducer | 1 | M | | |
| 2 | SCMS060NA000R | 6" Suction Screen | 1 | M | | |
| 1 | ACCESSORYR | 6" Adapter | 1 | M | | |
| 1 | ACCESSORYR | 6" Blinde Flange | 1 | M | | |
| 1 | ACCESSORYR | 6" Coupler | 1 | M | | |
| 1 | ACCESSORYR | 6" Socket x Flange | 1 | M | | |

ALL PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE CHARGE

| Rental | Labor | Shipping | Misc. Charges | Taxes |
|---|---|---|---|---|
| $ 19,782.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Total Invoice** $ 19,782.00