UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LILY GROUP, INC., | ) | CASE NO. 13-81073-FJO-11 |
| | ) | |
| Debtor. | ) | |

**REPORT OF AUCTION SALE AND NOTICE OF SUCCESSFUL BID**

Lily Group, Inc., Debtor and Debtor in Possession ("LGI"), by counsel, hereby submits its *Report of Auction of Auction Sale and Notice of Successful Bid* (the "Report"), and respectfully reports to the Court the outcome of the Auction Sale from Monday, January 27, 2014.

1. Pursuant to the Amended Order Granting Motion to Establish Bidding Procedures for the Sale of Substantially all the Assets of Lily Group, Inc. and Establishing Auction and Hearing Dates [Docket 168] entered on January 10, 2014 (the "Amended Bid Order") and in conjunction with this Court's approval (the "Stalking Horse Approval") of the Debtor's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Selection of Stalking Horse and Break-Up Fee, and Related Relief in Connection with Sale of Assets of Debtor Lily Group, Inc. [Docket 138] filed on January 2, 2014 (the "Stalking Horse Motion")[1], the scheduled auction sale for substantially all of the Debtor's assets was set for Monday January 27, 2014 at 3:00p.m.(ET) at the offices of Debtor's counsel (the "Auction").

2. Pursuant to the Amended Bid Order and the Stalking Horse Approval, the deadline to submit additional bids to the Debtor was 10am(ET) on Monday, January 27, 2014 (the "Bid Deadline").

---

[1] The form of Order for approval of the Stalking Horse Motion has been circulated among the appropriate parties for review and submittal to the Court, however the Debtor's counsel continues to wait for final comment.

3. Under the Stalking Horse Motion and the Stalking Horse Approval, the bid submitted by Redwine Management Company, Inc. was considered by the Debtor, Platinum and the Committee.

4. Additionally, two other bids were submitted for review. LC Energy Holdings, LLC ("Platinum") submitted a credit bid for the purchase of substantially all assets of the Debtor, and further, Third Set Advisors, LLC submitted a bid for the purchase of substantially all assets of the Debtor.

5. The Debtor, Committee and Platinum together considered the bids submitted.

6. The Debtor has determined, and reports to the Court, that the credit bid submitted by Platinum is the acceptable bid. A true and accurate copy of the Platinum Bid is attached hereto as Exhibit A. However, to the extent it may be determined required, the Debtor acknowledges that Platinum conditionally agreed to increase its credit bid by the "Overbid" amount of $350,000 as set forth in the Stalking Horse Approval. Regardless, the Debtor finds that the Platinum credit bid is the acceptable bid.

Respectfully submitted,

TUCKER HESTER BAKER & KREBS, LLC

By: _____/s/ Courtney E. Chilcote_____
David R. Krebs
Courtney E. Chilcote
Tucker Hester Baker & Krebs, LLC
One Indiana Square, Suite 1600
Indianapolis, IN 46204
Tel: (317) 833-3030
Fax: (317) 833-3031
Email: dkrebs@thbklaw.com
Email: cchilcote@thbklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman – jallman@thbklaw.com
   *(Counsel for Debtor Lily Group, Inc.)*

John W. Ames – james@bgdlegal.com
Thomas C Scherer - tscherer@bgdlegal.com, mmcclain@bgdlegal.com
Ivana B. Shallcross - ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com
   *(Counsel for Creditors Diane V. Stuckert, James W. Stuckert, Solomon O. Howell)*

Stephen Kirk Andrews – bankruptcy@bbanda.com
   *(Counsel for Creditor Brenntag Mid-South, Inc.)*

Kay Dee Baird - kbaird@kdlegal.com, pdidandeh@kdlegal.com
C Daniel Motsinger - cmotsinger@kdlegal.com, cmotsinger@kdlegal.com; crbpgpleadings@kdlegal.com; rhobdy@kdlegal.com
   *(Counsel for Creditor Lily Group Holdings Company)*

Louis Martin Bubala – lbubala@armstrongteasdale.com
   *(Counsel for Creditor Rockwood Casualty Insurance Company)*

Nick J. Cirignano – ncirignano@zsws.com, cflester@zsws.com
   *(Counsel for Creditor Nichols Electric Supply, Inc.)*

Heather M. Crockett – Heather.Crockett@atg.in.gov, stephanie.patrick@atg.in.gov, Maricel.skiles@atg.in.gov
   *(Counsel for Creditor Indiana Department of Natural Resources)*

Jeffrey A. Hokanson – jokanson@fbtlaw.com, tschneider@fbtlaw.com
   *(Counsel for Joined Party Third Set Advisors, LLC)*

David R. Krebs - dkrebs@thbklaw.com, dadams@thbklaw.com
Courtney Elaine Chilcote - cchilcote@thbklaw.com, swatson@thbklaw.com; twilkerson@thbklaw.com
   *(Counsel for Debtor Lily Group, Inc.)*

Terry E. Hall - terry.hall@faegrebd.com, sharon.korn@faegrebd.com; sarah.herendeen@faegrebd.com
Dustin R. DeNeal - dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com; sarah.herendeen@faegrebd.com
   *(Counsel for Unsecured Creditor Committee)*

Robert Francis Hunt - hunt@huntlawfirm.net, dshell@huntlawfirm.net
    *(Counsel for Creditor KAMMCO Co., Inc.)*

Jay P. Kennedy - jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com
James A. Knauer - jak@kgrlaw.com, tjf@kgrlaw.com
    *(Counsel for Creditor LC Energy Holdings, LLC)*

Gary H Leibowitz - gleibowitz@coleschotz.com, jdonaghy@coleschotz.com; pratkowiak@coleschotz.com
    *(Counsel for Creditor Reich Brothers, LLC)*

Michael K. McCrory - mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Jonathan David Sundheimer - jsundheimer@btlaw.com
    *(Counsel for Creditor Heartland Pump Rental and Sales, Inc.)*

Robert C. McMahan – tiffany@mcmahanlaw.net, tiffanyennen@yahoo.com
    *(Counsel for Creditors Ed Dupcak, Laura Simon, Lawrence Brockman, Steven Wallitt)*

C. Daniel Motsinger – cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com
    *(Counsel for Creditors Lily Group Holdings Company, Alisa Risinger, P. Richard Risinger)*

Dennis M Ostrowski - loubknotices@mapother-atty.com
    *(Counsel for Creditor GMAC Inc. nka Ally Financial Inc.)*

Mark R. Owens - mowens@btlaw.com, mark.owens@btlaw.com;bankruptcyindy@btlaw.com
    *(Counsel for Creditor Indianapolis Power and Light Company)*

Rubin Pusha, III – rubin.pusha@btlaw.com
    *(Counsel for Creditor Indianapolis Power and Light Company)*

Kelvin L Roots - klroots@wilkinsonlaw.com, kristi@wilkinsonlaw.com
    *(Counsel for Creditor J.P. Morgan Chase Bank, N.A.)*

Robert H. Scott - robert.scott@akerman.com
    *(Counsel for Creditor REI Drilling, Inc.)*

Chad J. Sullivan - cjsullivan@jacksonkelly.com
    *(Counsel for Creditor Natural Resource Partners, LP)*

Jonathan David Sundheimer – jsundheimer@btlaw.com
    *(Counsel for Creditor Heartland Pump Rental and Sales, Inc.)*

U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton - Charles.R.Wharton@usdoj.gov, Charles.R.Wharton@usdoj.gov
*(U.S. Trustee)*

I further certify that on January 28, 2014, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

**(1)** **Request for Notice**

Henry W. Simon, Jr.
Robert A. Simon
Barlow Garsek & Simon
3815 Lisbon Street
Fort Worth, TX  76107
*(Counsel for Creditor Kreg Equities Limited Partnership)*

Craig A. Beck
Director- Business Development & Strategy
Pickaxe Natural Resource Management
22279 US Highway 271
Spiro, OK 74959-0268
Tel: (630) 240-1383
Email: *craigbeck@PickaxeResource.com*

**(2)** **All Creditors on Court's Mailing Matrix**

                         */s/ Courtney E. Chilcote*
                         Courtney E. Chilcote