January 27, 2014

LC Energy Holdings LLC
152 West 57th Street, 4th Floor
New York, New York 10019

Mr. Ron Hutchcraft, President
Lily Group, Inc.
103 North Court Street
Sullivan, IN 47882

RE: Offer to Purchase Assets pursuant to Section 363 of the United States Bankruptcy Code

Dear Mr. Hutchcraft:

LC Energy Holdings LLC ("LC Energy"), holds a pre-petition claim against Lily Group, Inc. ("Lily Group") in the sum of $18,807,000.00 (the "Pre-Petition Clam"). This Pre-Petition Claim is secured by virtually all personal property of Lily Group, all real estate and mineral rights owned by Lily Group, and various other assets. This Pre-Petition Claim is evidenced by the Proof of Claim [Claim No. 33] filed by LC Energy in Lily Group's bankruptcy proceedings. LC Energy also holds a post-petition claim ("Post-Petition Claim") pursuant to Debtor-in Possession financing extended by LC Energy to Lily Group, as approved by the Court and evidenced by the Administrative Proof of Claim [Claim No. 66] filed by LC Energy. The Post-Petition Claim is secured by all assets of Lily Group including any lease rights held by Lily Group.

It is the understanding of LC Energy that the Bankruptcy Court has issued its Amended Order Granting Motion to Establish Bidding Procedures for the Sale of Substantially All of the Assets of Lily Group, Inc., and Establishing Auction and Hearing Dates ("Sale Order"), which Sale Order provides that bids for the assets of Lily Group are to be made to Lily Group at or before 10:00 a.m. on Monday January 27, 2014. This letter is intended to serve as LC Energy's bid for Lily Group's assets pursuant to the Sale Order.

Pursuant to the provisions of 11 U.S.C. § 363 (k), LC Energy Group is afforded the right to "credit bid" its secured claims with regard to the assets being sold in this proceeding. It is LC Energy's understanding that this right, while originally objected to by the Creditors' Committee appointed in this proceeding, has been allowed, subject to the agreement referenced in open Court and being reduced to a formal written Order. Therefore the bid of LC Energy set forth below is a credit bid (the "LC Energy Credit Bid") except as specifically noted.


EXHIBIT A

Mr. Ron Hutchcraft, President
Lily Group, Inc.
January 27, 2014

      LC Energy hereby bids to purchase certain assets of Lily Group as follows:

1. Consideration.

      LC Energy bids a current purchase price for the Coal Estate (as described and defined below) of Nine Million and 00/100 Dollars ($9,000,000.00) as a credit bid against LC Energy's secured claim. Additionally, LC Energy offers (i) a production payment of $2.00 per ton for each of the first 40,000 tons per month sold from the IV Seam, plus (ii) a production payment of $1.00 per ton for each ton over 40,000 tons per month sold from the IV Seam, plus (iii) a production payment of $1.00 per ton sold from the III Seam, up to a total of $9,000,000.00, again as a credit bid against LC Energy's secured claim. All production payments apply to coal sold from the mine through December 31, 2025, unless as of that date LC Energy paid less than $9,000,000 of total production payments, in which case LC Energy would continue to pay production payments until the earlier of (i) payment by LC Energy of not less than a total of $9,000,000 in production payments, or (ii) the saleable coal resources transferred to LC Energy pursuant to this proceeding are exhausted. The credit bid at Closing plus the production credit bid would constitute the "Purchase Price". If LC Energy assumes my liabilities of the Lily Group, including but not limited to cure payments, the Purchase Price may be reduced by a corresponding amount. If for any reason the payments described in this credit bid which are deferred should be disallowed for credit bidding purposes, then, in addition to the $9,000,000 component of its bid, LC Energy credit bids the present value of such payments as such present value may be determined by the Court. No payment is offered for either a break-up fee or payment to BGR Capital.

2. Assets.

      Pursuant to the LC Energy Credit Bid, LC Energy would acquire all, or substantially all, of the assets of Lily Group pursuant to Sections 363 and 365 of Chapter 11 of the United States Bankruptcy Code. The purchased assets would include, but not be limited to, all coal leaseholds, real property (including mineral rights) and improvements, permits, all contractual rights, the preparation plant, all equipment, all leases, all coal sales contracts, tools, furniture, vehicles, inventory, books and records, all intellectual property, goodwill, permits, licenses, accounts receivable, notes receivable, insurance proceeds, other intangible property owned by Lily Group, and all other assets, rights or interest of Lily owned or used in connection with the Coal Estate which are not specifically excluded from the sale (hereinafter "Coal Estate"). LC Energy reserves the right to reject the purchase of any asset of the Coal Estate if it deems such asset not necessary to its purchase.

3. Definitive Agreement.

      It is anticipated that the terms of this LC Energy Credit Bid will be incorporated into an Asset Purchase Agreement (the "Definitive Agreement"), a form of which is included with this LC Energy Credit Bid, which terms will include, but not be limited to,

Mr. Ron Hutchcraft, President
Lily Group, Inc.
January 27, 2014

provisions for approval by the United States Bankruptcy Court; the conditions to Closing, sale and purchase price terms; provisions setting forth liabilities to be assumed; certain representations of Lily Group regarding the Coal Estate; provisions permitting LC Energy to exclude any Lily Group property from the Coal Estate, and provisions for Lily Group to file appropriate documents with certain regulatory agencies for the transfer of applicable permits as soon as possible after Closing.

4. Pre-Closing Agreement.

Lily Group shall agree that upon acceptance of this proposal and prior to Closing, Lily Group will:

A. Continue the maintenance of the Coal Estate in its current condition, including all equipment, facilities, vehicles, fixtures and other items of personal property that may be used by LC Energy and reasonably contemplated to be delivered at Closing, subject to ordinary wear and tear;

B. Not sell, lease, place liens upon, suffer liens upon or otherwise encumber the Coal Estate without prior written consent of LC Energy;

C. Except as may be permitted by the Bankruptcy Court, comply in all material respects with all federal, state or local laws, ordinances and regulations applicable to the use or ownership of the Coal Estate until the expiration or rejection of this proposal's terms or Closing.

5. Reservation of right to increase bid.

LC Energy reserves any right under the Sale Order to increase its bid at the auction referenced in the Sale Order.

Thank you for the opportunity to submit this LC Energy Credit Bid. Please contact me if you have any questions regarding the LC Energy Credit Bid or this correspondence.

Sincerely,

LC ENERGY HOLDINGS LLC

By: _____
Daniel Small, Portfolio Manager