UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LILY GROUP, INC., | ) | Case No. 13-81073-FJO-11 |
| | ) | |
| Debtor. | ) | |

LIMITED RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE REPORT OF AUCTION SALE AND NOTICE OF SUCCESSFUL BID

The Official Committee of Unsecured Creditors ("Committee") appointed in the above captioned chapter 11 case ("Chapter 11 Case") of the debtor, Lily Group, Inc. ("Debtor"), by counsel, files this limited response to the *Report Of Auction Sale And Notice Of Successful Bid* ("Report") filed by Lily Group, Inc. accepting the credit bid ("Credit Bid") submitted by LC Energy Holdings LLC, assignee of Platinum Partners Master Credit Opportunities Fund LP (referred to herein as "Purchaser") for the sale of the assets of the Debtor ("Sale").

1. The Committee does not object to the Debtor's acceptance of the Credit Bid as attached to the Report, but to avoid doubt states that the lack of objection is not a waiver or admission and any order approving the sale of the Debtor's assets to Purchaser shall be without prejudice to the agreement resolving the dispute related to credit bids and the valuation of Debtor's assets and/or allocation of the purchase price for Debtor's assets and the preservation of all rights to object to Purchaser's prepetition claim and liens, some of these matters being set for hearing on March 12, 2014. Similarly, any finding that the Purchaser is a good faith purchaser under 11 U.S.C. § 363(m) shall be without prejudice to the same.

2. In the consideration of the form of asset purchase agreement, the Committee believes the following should be included:

    a. Purchaser should assume the current liabilities of Debtor with respect to wages and related payroll taxes and trade claims incurred on and after the petition date through to the closing.

    b. The closing of the Credit Bid Sale should occur not later than January 31, 2014.

    c. The proration of real property taxes should also include a proration of personal property taxes.

    d. Purchaser indemnifies or holds harmless the Debtor's estate for any acts or omissions of Purchaser while operating under the Debtor's permits as a "subcontractor."

3. Any cure costs that may be asserted to reduce the Purchaser's Credit Bid shall be disclosed at the Sale hearing.

4. Payment of the remaining Carve-Out is reserved.

                                                Respectfully submitted,

                                                FAEGRE BAKER & DANIELS LLP

                                                By:   /s/ Terry E. Hall

Terry E. Hall (#22041-49)                  *Counsel for the Official Committee of Unsecured*
Dustin R. DeNeal (#27532-49)           *Creditors*
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204-1750
Telephone: (317) 237-0300

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2014, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**13-81073-FJO-11 Notice will be electronically mailed to:**

John Joseph Allman on behalf of Plaintiff Lily Group, Inc.
jallman@thbklaw.com

John W Ames on behalf of Creditor Diane V Stuckert
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Creditor James W Stuckert
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Creditor Solomon O Howell
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Defendant Diane V. Stuckert
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Defendant James W. Stuckert
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

John W Ames on behalf of Defendant Solomon O. Howell
james@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com

Stephen Kirk Andrews on behalf of Creditor Brenntag Mid-South Inc.
bankruptcy@bbanda.com

Kay Dee Baird on behalf of Creditor Lily Group Holdings Company
kbaird@kdlegal.com, pdidandeh@kdlegal.com

Kay Dee Baird on behalf of Creditor Alisa Risinger
kbaird@kdlegal.com, pdidandeh@kdlegal.com

Kay Dee Baird on behalf of Creditor P. Richard Risinger
kbaird@kdlegal.com, pdidandeh@kdlegal.com

Louis Martin Bubala, III on behalf of Creditor Rockwood Casualty Insurance Company
lbubala@armstrongteasdale.com

Courtney Elaine Chilcote on behalf of Debtor Lily Group, Inc.
cchilcote@thbklaw.com, swatson@thbklaw.com;twilkerson@thbklaw.com

Courtney Elaine Chilcote on behalf of Plaintiff Lily Group, Inc.
cchilcote@thbklaw.com, swatson@thbklaw.com;twilkerson@thbklaw.com

Nick J Cirignano on behalf of Creditor Nichols Electric Supply, Inc.
ncirignano@zsws.com, cflester@zsws.com

Heather M. Crockett on behalf of Creditor Indiana Department of Natural Resources
Heather.Crockett@atg.in.gov, stephanie.patrick@atg.in.gov,Maricel.skiles@atg.in.gov

Dustin R. DeNeal on behalf of Creditor Committee Unsecured Creditor Committee
dustin.deneal@faegrebd.com, sandy.engle@faegrebd.com;sarah.herendeen@faegrebd.com

Terry E. Hall on behalf of Creditor Committee Unsecured Creditor Committee
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Jeffrey A Hokanson on behalf of Joined Party Third Set Advisors, LLC
jhokanson@fbtlaw.com, tschneider@fbtlaw.com

Robert Francis Hunt on behalf of Creditor KAMMCO Co., Inc.
hunt@huntlawfirm.net, dshell@huntlawfirm.net

Jay P. Kennedy on behalf of Creditor LC Energy Holdings LLC
jpk@kgrlaw.com, tfroelich@kgrlaw.com;ads@kgrlaw.com;jli@kgrlaw.com

James A. Knauer on behalf of Creditor LC Energy Holdings LLC
jak@kgrlaw.com, tjf@kgrlaw.com

David R. Krebs on behalf of Debtor Lily Group, Inc.
dkrebs@thbklaw.com, dadams@thbklaw.com

David R. Krebs on behalf of Plaintiff Lily Group, Inc.
dkrebs@thbklaw.com, dadams@thbklaw.com

Gary H Leibowitz on behalf of Creditor Reich Brothers, LLC
gleibowitz@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com

Michael K. McCrory on behalf of Creditor Heartland Pump Rental and Sales, Inc.
mmccrory@btlaw.com, bankruptcyindy@btlaw.com

Robert D. McMahan on behalf of Creditor Ed Dupcak
tiffany@mcmahanlaw.net, tiffanyennen@yahoo.com

Robert D. McMahan on behalf of Creditor Laura Simon
tiffany@mcmahanlaw.net, tiffanyennen@yahoo.com

Robert D. McMahan on behalf of Creditor Lawrence Brockman
tiffany@mcmahanlaw.net, tiffanyennen@yahoo.com

Robert D. McMahan on behalf of Creditor Steven Wallitt
tiffany@mcmahanlaw.net, tiffanyennen@yahoo.com

C Daniel Motsinger on behalf of Creditor Lily Group Holdings Company
cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com

C Daniel Motsinger on behalf of Creditor Alisa Risinger
cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com

C Daniel Motsinger on behalf of Creditor P. Richard Risinger
cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com

Dennis M Ostrowski on behalf of Creditor GMAC Inc. n/k/a Ally Financial Inc.
loubknotices@mapother-atty.com

Mark R. Owens on behalf of Creditor Indianapolis Power and Light Company
mowens@btlaw.com, mark.owens@btlaw.com;bankruptcyindy@btlaw.com;pgroff@btlaw.com

Rubin Pusha, III on behalf of Creditor Indianapolis Power and Light Company
rubin.pusha@btlaw.com

Kelvin L Roots on behalf of Creditor J.P. Morgan Chase Bank N.A.
klroots@wilkinsonlaw.com, kristi@wilkinsonlaw.com

Thomas C Scherer on behalf of Creditor Diane V Stuckert
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Thomas C Scherer on behalf of Creditor James W Stuckert
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Thomas C Scherer on behalf of Creditor Solomon O Howell
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Thomas C Scherer on behalf of Defendant Diane V. Stuckert
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Thomas C Scherer on behalf of Defendant James W. Stuckert
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

dms.us.53550271.01

Thomas C Scherer on behalf of Defendant Solomon O. Howell
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

Robert H. Scott on behalf of Creditor REI Drilling, Inc.
robert.scott@akerman.com

Ivana B. Shallcross on behalf of Creditor Diane V Stuckert
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross on behalf of Creditor James W Stuckert
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross on behalf of Creditor Solomon O Howell
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Diane V. Stuckert
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant James W. Stuckert
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Ivana B. Shallcross on behalf of Defendant Solomon O. Howell
ishallcross@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com;acoates@bgdlegal.com

Chad J. Sullivan on behalf of Creditor Natural Resource Partners, LP
cjsullivan@jacksonkelly.com

Chad J. Sullivan on behalf of Creditor Western Pocahontas Properties Limited Partnership
cjsullivan@jacksonkelly.com

Jonathan David Sundheimer on behalf of Creditor Heartland Pump Rental and Sales, Inc.
jsundheimer@btlaw.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Charles R. Wharton on behalf of U.S. Trustee U.S. Trustee
Charles.R.Wharton@usdoj.gov

   /s/ Terry E. Hall
   Terry E. Hall

dms.us.53550271.01