UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

Re:  Lily Group, Inc.                                             Chapter:  11
     Debtor                                                       Case No.:  13-81073

# WITHDRAWAL OF CLAIM DOCUMENT FILED IN ERROR

Ally Financial serviced by Ally Servicing LLC hereby requests the Court withdraw and/or strike Claim Document No. 1 entitled "Proof of Claim" that was filed erroneously by Ally Financial serviced by Ally Servicing LLC on October 2, 2013 in the above captioned matter.

Date:  February 3, 2014            Signed:  /s/  Sesha Pande_____
                                   Bankruptcy Agent
                                   Ally Financial serviced by Ally Servicing LLC
                                   PO Box 130424
                                   Roseville, MN 55113-0004
                                   800-495-1578
                                   Fax:   651-367-2005

**United States Bankruptcy Court**
**for the Southern District of Indiana**

In Re:  Lily Group, Inc.
Case No.:  13-81073 – Chapter:  11
Vehicle: 2011 CHEVROLET SILVERADO VIN: 1GCNCPEA0BZ379362

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am an employee of Ally Servicing LLC, the authorized agent of Ally Financial serviced by Ally Servicing LLC employed in the City of Roseville, Ramsey County, Minnesota.  I am over the age of 18 years and not party to this action.  My business address is P.O. Box 130424, Roseville, MN 55113.

I am readily familiar with the business practices of my employer for the collection and processing of documents and correspondence for mailing with the United States Postal Service and those correspondence and documents are deposited with the United States Postal Service that same day, or within one business day, in the ordinary course of business.

On February 3, 2014, I served the following document:

- Withdrawal of Claim Document Filed in Error

in the method or methods described below and if served via U.S. Mail, by placing copies of said documents in sealed envelopes and addressed as follows:

| **Debtor** | **Attorney** |
|---|---|
| Lily Group, Inc. | DAVID R KREBS |
| 103 N COURT ST | *Served Electronically* |
| SULLIVAN, IN 47882-1214 | |

I then placed said envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the parties so designated above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 3, 2014, at Roseville, Minnesota.

Signed:  /s/  Sesha Pande_____
Bankruptcy Agent
Ally Financial serviced by Ally Servicing LLC
P.O. Box 130424
Roseville, MN  55113
800-495-1578   Ext:
Fax:  651-367-2005